No. 72–777. CLEVELAND BOARD OF EDUCATION ET AL. *v.* LAFLEUR ET AL. C. A. 6th Cir.; and

No. 72–1129. COHEN *v.* CHESTERFIELD COUNTY SCHOOL BOARD ET AL. C. A. 4th Cir. [Certiorari granted, 411 U. S. 947.] Motion of the Chamber of Commerce of the United States for leave to file an untimely brief as *amicus curiae* denied.

No. 72–782. GATEWAY COAL Co. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. [Certiorari granted, 410 U. S. 953.] Motion of Frederick McAllister et al. for leave to file an untimely brief as *amicus curiae* denied.

No. 72–822. RENEGOTIATION BOARD *v.* BANNERCRAFT CLOTHING Co., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 410 U. S. 907.] Motion of Sears, Roebuck & Co. for leave to participate in oral argument as *amicus curiae* denied.

No. 72–851. ONEIDA INDIAN NATION OF NEW YORK ET AL. *v.* COUNTY OF ONEIDA, NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, 412 U. S. 927.] Motion of State of New York for leave to participate in oral argument as *amicus curiae* in support of respondents granted and State of New York to confine oral argument to questions presented. Motion for additional time to present oral argument denied.

No. 72–1162. FEDERAL POWER COMMISSION *v.* NEW ENGLAND POWER Co. ET AL. C. A. D. C. Cir. [Certiorari granted, 411 U. S. 981.] Motion of respondents for additional time for oral argument granted and 15 minutes allotted for that purpose. Petitioner also allotted 15 additional minutes for oral argument.